UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

SAMUEL A. FIELDS,

      Plaintiff,

vs.

PREBLE COUNTY JAIL, *et al*.,

      Defendants.

Case No. 3:25-cv-260

District Judge Michael J. Newman
Magistrate Judge Stephanie K. Bowman

_____

**ORDER: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE (Doc. No. 5); (2) DISMISSING THIS CASE WITHOUT PREJUDICE FOR WANT OF PROSECUTION; (3) CERTIFYING THAT AN APPEAL WOULD NOT BE TAKEN IN GOOD FAITH AND FINDING THAT PLAINTIFF SHOULD BE DENIED LEAVE TO APPEAL *IN FORMA PAUPERIS*; AND (4) TERMINATING THIS CASE ON THE DOCKET**

_____

The Court has reviewed the Report and Recommendation of Magistrate Judge Stephanie K. Bowman (Doc. No. 5), to whom this case was referred pursuant to 28 U.S.C. § 636(b).  The parties have not filed objections to the Report and Recommendation and the time for doing so under Fed. R. Civ. P. 72(b) has expired.  Upon careful review of the foregoing, and construing Plaintiff's *pro se* allegations in his favor,[1] the Court determines that the Report and Recommendation should be adopted.  Accordingly, the Court: (1) **ADOPTS** the Report and Recommendation of the Magistrate Judge in its entirety; (2) **DISMISSES** this case **WITHOUT PREJUDICE** for want of prosecution pursuant to Fed. R. Civ. P. 41(b); (3) **CERTIFIES**, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal of this Order would not be taken in good faith, and finds that Plaintiff should be denied leave to appeal *in forma pauperis*; and (4) **TERMINATES** this case on the docket.

---

[1] As with all *pro se* litigants, Plaintiff's documents and allegations are liberally construed in his favor.  *See Erickson v. Pardus*, 551 U.S. 89, 94 (2007) (*per curiam*).

**IT IS SO ORDERED.**

May 11, 2026                                         s/*Michael J. Newman*
                                                    Hon. Michael J. Newman
                                                    United States District Judge